December 08, 2006

Mr. Mike A. Hatchell
Locke Liddell & Sapp, LLP
100 Congress Ave., Suite 300
Austin, TX 78701-4042
Mr. Andrew George Khoury
Andrew G. Khoury, P.C.
P. O. Box 1151
Longview, TX 75606

RE: Case Number: 04-0825
 Court of Appeals Number: 06-02-00185-CV
 Trial Court Number: 97-1009-B

Style: THE LONG TRUSTS
 v.
 ROBERT M. GRIFFIN, ROBERT M. GRIFFIN, JR., MARVIN AND MARIE OGILVIE
 AND CHARLES W. CONRAD

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Linda Rogers|
| | |
| |Ms. Barbara |
| |Duncan |